**UNITED STATES of America, Appellant, v. Hattie HARRIS, Administratrix of Solomon McNeill, and J. D. McLean, Administrator of Caroline Ray, Appellees.**

No. 4303.

Circuit Court of Appeals, Fourth Circuit.

April 19, 1938.

Fendall Marbury, Sp. Asst. to Atty. Gen. (Julius C. Martin, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., and J. O. Carr, U. S. Atty., of Wilmington, N. C., on the brief), for appellant.

Robert H. McNeill, of Washington, D. C. (J. E. Carpenter, of Lumberton, N. C., and Warren E. Miller, of Washington, D. C., on the brief), for appellees.

Before PARKER and NORTHCOTT, Circuit Judges, and HAYES, District Judge.

PER CURIAM.

The judgment appealed from will be affirmed on the authority of United States v. Edwards, 4 Cir., 82 F.2d 1021, 1022, United States v. Townsend, 4 Cir., 81 F. 2d 1013, and United States v. Huddleston, 7 Cir., 81 F.2d 593.

Affirmed.

---

**UNITED STATES of America v. Paul W. HARRIS, Trustee in Bankruptcy of the Estate of Chinook Lumber & Mfg. Co., a Corporation.**

No. 8824.

Circuit Court of Appeals, Ninth Circuit.

April 19, 1938.

Sam M. Driver, U. S. Atty., of Spokane, Wash., for appellant.

Davenport & Wakefield, of Spokane, Wash., for appellee.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and by direction of the court, ordered appeal in this cause dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

---

**UNITED STATES of America v. C. G. HOWLAND, Proponent of the Last Will and Testament of George G. Johnnie, Deceased.**

No. 1676.

Circuit Court of Appeals, Tenth Circuit.

March 4, 1938.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for appellant.

J. E. Williams, of Ardmore, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.